# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL A. BERNSTEIN, CGM Profit Sharing | ) | |
| Custodian, Individually and on Behalf of | ) | |
| All Others Similarly Situated, | ) | |
| | ) | |
| Plaintiff, | ) | **APPEARANCE** |
| | ) | Civ. A. No. 1:06-cv-00926-ESH |
| v. | ) | |
| | ) | |
| XM SATELLITE RADIO HOLDINGS, INC. | ) | |
| and HUGH PANERO, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of **CHRISTOPHER J. HERRLING** as counsel in this case for:
XM Satellite Radio Holdings, Inc. and Hugh Panero.

June 5, 2006_____           /s/ Christopher J. Herrling_____
Date                                     Signature

D.C. Bar No. 354837_____           Christopher J. Herrling_____
BAR IDENTIFICATION                       Print Name

                                         WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                         1875 Pennsylvania Avenue NW
                                         Washington, DC 20006
                                         Tel: (202) 663-6000

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 5, 2006 to:

Gary Edward Mason, Esq.
THE MASON LAW FIRM
1225 19th Street NW
Suite 500
Washington, DC 20036
Tel: (202) 429-2290
gmason@masonlawdc.com

**Counsel for Plaintiff Michael A. Bernstein**

/s/ Lisa Gasparott_____
Lisa Gasparott
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363

-2-